UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HERMAN JEROME HARDEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:03-1164 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, the Motion for Summary Judgment filed by defendant CSX Transportation, Inc. (Docket No. 31) is **DENIED**.

It is so ordered.

Enter this 14th day of July 2005.

_____
ALETA A. TRAUGER
United States District Judge